# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC49 | E2373506 | A. CIBRIAN | B-182 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 04/11/2025 9:00 am
Offense Charged: ☒ USC — 8 USC 1325 (8 USC 3)

Place of Offense: Interstate 10 westbound @ Neighbours Exit

Offense Description; Factual Basis for Charge: Accessory after the fact for illegal entry

### DEFENDANT INFORMATION
Last Name: OROZCO RODRIGUEZ
First Name: WENDY
MI: A

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 72720H3 | CA | 15 | GMC/CANYON | | SIL |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100 Forfeiture Amount
+ $30 Processing Fee
$ 130.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: 3470 12TH ST, RIVERSIDE, CA, 92501
Date: 07/01/2025
Time: 9:00 am

X Defendant Signature: REFUSED TO SIGN

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 11th, 2025 while exercising my duties as a law enforcement officer in the Central District of California

SEE ATTACHED

The foregoing statement is based upon:
☐ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident